UNITED STATES DISTRICT COURT

THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>vs.<br><br>JUAN AGUILAR,<br><br>       Defendant. | Case No.  4:11-cr-00298-BLW<br><br>**ORDER FOR REMISSION** |

Plaintiff, United States of America, having petitioned for the remission of the fine in the above referenced case, and the Court having reviewed the matter, it is hereby ORDERED that the government's Petition to Remit (Dkt. 410) is **GRANTED.**

DATED: June 16, 2020

_____
B. Lynn Winmill
U.S. District Court Judge